UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00-6084-CR-ROETTGER
21 U.S.C. §843(b)

MAGISTRATE JUDGE
SNOW

UNITED STATES OF AMERICA,

-vs-

ROBERT ULLMAN,

    Defendant.
_____/

## INFORMATION

The United States Attorney charges that:

From on or about April 25, 1995, at Fort Lauderdale, Broward County, in the Southern District of Florida, the defendant,

ROBERT ULLMAN

did knowingly and intentionally use a communication facility, a telephone, in the commission of and to facilitate the commission of acts constituting a violation of Title 21, United States Code, Section 846, that is, a conspiracy to distribute a quantity of a mixture and substance containing a detectable amount of cocaine, a Schedule II narcotic controlled substance.

    All in violation of Title 21, United States Code, Section 843 (b).

                                                        THOMAS E. SCOTT
                                                        UNITED STATES ATTORNEY



**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA          CASE NO. __1999 R00918__

## CERTIFICATE OF TRIAL ATTORNEY*

Robert Ullman

**Superseding Case Information**:

**Court Division**: (Select One)

___ Miami   ___ Key West
_X_ FTL     ___ WPB   ___ FTP

New Defendant(s)           Yes ___  No ___
Number of New Defendants   ___
Total number of counts     ___

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No) __No__
   List language and/or dialect  _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                                  (Check only one)

   I    0 to 5 days     _X_          Petty     ___
   II   6 to 10 days    ___          Minor     ___
   III  11 to 20 days   ___          Misdem.   ___
   IV   21 to 60 days   ___          Felony    _X_
   V    61 days and over ___

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____                Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) __No__
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____   District of _____

   Is this a potential death penalty case? (Yes or No) __No__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _x_ Yes ___ No   If yes, was it pending in the Central Region? _x_ Yes ___ No

_____
THERESA M. B. VAN VLIET
ASSISTANT UNITED STATES ATTORNEY
FLORIDA BAR NO. 374040
500 EAST BROWARD BLVD., SUITE 700
FT. LAUDERDALE, FLORIDA    33394
TEL (954) 356-7255, Ext. 3557
FAX (954) 356-7336
EMAIL ADDRESS: theresa.vanvliet@justice.usdoj.gov

*Penalty Sheet(s) attached

REV.4/7/99

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA
# <u>PENALTY SHEET</u>

Defendant's Name:   Robert Ullman                         No.: _____

Count # I:
conspiracy to distribute cocaine; in violation of 21:843(b)

*Max Penalty:

Count # :

*Max Penalty:

Count # :

*Max Penalty:

Count # :

*Max Penalty:

Count #:

*Max Penalty:

Count #:

*Max Penalty:

**Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms or forfeitures that may be applicable.**

REV 12/12/96