COURT MINUTES

CHIEF U. S. MAGISTRATE JUDGE **LURANA S. SNOW** - FT. LAUDERDALE, FLORIDA

DEFT: ROBERT ULLMAN (surrender)     CASE NO: 00-6084-CR-NCR
AUSA: TERESA VAN VLIET /pres        ATTY: DAVID BOGENSCHUTZ /pres
AGENT: _____       VIOL: _____
PROCEEDING I/A ON INFORMATION       RECOMMENDED BOND _____
BOND HEARING HELD - yes/**no**      COUNSEL APPOINTED _____
    BOND SET @ 200,000 PSB

    SPECIAL CONDITIONS:

1) To be cosigned by:
2) Rpt to PTS / x's a wk/month by phone;   x's a wk/month in person
3) Travel extended to: State of Florida

Advised of charges
Waiver of indictment executed in
Open Court

INFO
Not Guilty plea entered

NEXT COURT APPEARANCE:    INQUIRY RE COUNSEL:

                          PTD/BOND HRG:

                          PRELIM/ARRAIGN:

                          REMOVAL HRG:

                          STATUS CONF: N/A

Date: 4/3/00   Time 11:00   FTL/LSS TAPE #00- 019   Begin: 514   End: 625