AO 455 (REV. 5/85) Waiver of Indictment

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

Robert Ullman

WAIVER OF INDICTMENT

CASE NUMBER: 00-6084-CR-ROETTGER

MAGISTRATE JUDGE SNOW

I, Robert Ullman, the above named defendant, who is accused of conspiracy to distribute cocaine, in violation of Title 21, United States Code, Section 843(b), being advised of the nature of the charge, the proposed information, and of my rights, hereby waive in open court on 4-3-00 prosecution by indictment and consent that the proceeding may be by information rather than by indictment.

Robert Ullman
Defendant.

J. David Bogenschutz
Counsel for Defendant

Before Lurana S. Snow
Lurana Snow
UNITED STATES MAGISTRATE JUDGE