UNITED STATES DISTRICT COURT
Southern District of Florida

U.S. Marshal # 55257-004

UNITED STATES OF AMERICA )
           Plaintiff      ) Case Number: CR 00-6084-CR-NCR
                          ) REPORT COMMENCING CRIMINAL
     -vs-                 )          ACTION
                          )
Robert ULLMAN             )
           Defendant      )

FILED by __ D.C.
APR - 4 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

TO: Clerk's Office    MIAMI  (FT. LAUDERDALE)  W. PALM BEACH
    U.S. District Court           (circle one)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest: 04/03/00 1200 am/pm

(2) Language Spoken: English

(3) Offense(s) Charged: Telephone Fraud, Conspiracy

(4) U.S. Citizen [✓] Yes [ ] No [ ] Unknown

(5) Date of Birth: 04/03/02

(6) Type of Charging Document: (check one)
    [ ] Indictment [✓] Complaint  To be filed/Already filed
    Case#

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District: S/D FL

    COPY OF WARRANT LEFT WITH BOOKING OFFICER  [ ] YES [ ] NO

Amount of Bond: $200,000 PS
Who set Bond: Jdg. Snow

(7) Remarks: Self Surrender

(8) Date: _____  (9) Arresting Officer: _____

(10) Agency: _____  (11) Phone: _____

(12) Comments:

5/DM