**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**NO.: 00-6084-CR-NCR**
**U.S. MAGISTRATE JUDGE: SNOW**

UNITED STATES OF AMERICA,
Plaintiff,

-vs-

ROBERT ULLMAN,
Defendant,

_____/

## MOTION TO ALTER STANDARD CONDITIONS OF BOND

COMES NOW the Defendant, ROBERT ULLMAN, by and through his undersigned counsel, and respectfully files this, his Motion to Alter Standard Conditions of Bond, and would show for cause as follows:

1. That the Defendant was arraigned on April 3, 2000, at which time bond was set in the amount of $200,000 (two hundred thousand dollars). Furthermore, Defendant agreed to five standard conditions of bond and one special condition of bond.

2. That the Defendant has been extensively involved with outpatient treatment related to his substance abuse problems. The recommendations of Dr. Bill Ryan, and Florida Lawyer's Assistance, Inc., the substance abuse program mandated by the Florida Bar to provide alcohol/drug evaluation, rehabilitation contracting, monitoring and

LAW OFFICES OF BOGENSCHUTZ & DUTKO, P A
COLONIAL BANK BUILDING • 600 SOUTH ANDREWS AVENUE, SUITE 500 • FORT LAUDERDALE, FLORIDA 33301 • (954) 764-2500 • FAX (954) 764-5040



reporting services, are that the Defendant would benefit most from long-term residential treatment outside the south Florida area. Specifically, the Defendant has been advised to attend COPAC, located in Brandon, Mississippi.

3. That COPAC is a residential substance abuse treatment facility. The program involves a rehabilitation period of 90 (ninety) days or more. The Defendant would be required to live at the facility during that period.

4. That the Defendant would be subject to unreasonable difficulty and expense if he were required to appear in court for every matter that may arise during the remainder of this cause. Moreover, that the Defendant is prevented from following the recommendations of Dr. Ryan and Florida Lawyer's Assistance, Inc. by the standard conditions of bond.

5. That the Defendant seeks permission from this court to change his present address to reflect his stay for treatment purposes at COPAC. The Defendant seeks permission from this court to travel outside of the Southern District of Florida as may be necessary to enter COPAC, and respond to unforeseen family emergencies. The Defendant also seeks a modification to the requirement of attending all court appearances in the event he is enrolled in the COPAC program.

6. Other grounds to be argued <u>ore tenus</u>, if necessary.

WHEREFORE, the Defendant respectfully requests the relief sought.

## 10(g) CERTIFICATE

Assistant United States Attorney Theresa Van Vliet has indicated that she has no objection to the granting of this motion.

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a copy of the forgoing was furnished to Theresa Van Vliet, Assistant United States Attorney, 500 E. Broward Blvd, Suite 700, Ft. Lauderdale, Fl. 33394 and to Kathryn Gomez, Pre-Trial Services, 299 E. Broward Blvd., Suite 301, Fort Lauderdale, 33301., on this 22nd day of June, 2000.

                              Respectfully submitted,

                              BOGENSCHUTZ & DUTKO, P.A.
Colonial Bank Building, Suite 500
600 South Andrews Avenue
Fort Lauderdale, FL 33301
Telephone: (954) 764-2500

BY: _____
J. DAVID BOGENSCHUTZ
FL BAR #131174