UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6084-CR-Roettger

UNITED STATES OF AMERICA,

Plaintiff,

v.

ROBERT ULLMAN,

Defendant.
_____/

## ORDER ON MOTION TO ALTER STANDARD CONDITIONS OF BOND

THIS CAUSE having come on to be heard on the Motion of the Defendant to alter standard conditions of bond and the Court being fully advised in the premises, and noting the acquiescence of the Government, it is, therefore

ORDERED AND ADJUDGED that the Defendant's Motion be, and the same is hereby GRANTED and the Defendant is permitted to travel to Brandon, Mississippi, to attend and complete the COPAC residential substance abuse treatment program. This Order permits the Defendant to attend and reside at that program for a period of ninety (90) days from the date that the Defendant leaves the District. Should the program require more than ninety (90) days, the Defendant must repetition this Court accordingly. In addition, the Defendant may return to the Southern District of Florida for family emergencies only. All other travel will only be permitted by separate motion and order before this Court.

DONE AND ORDERED, at Fort Lauderdale, in the Southern District of Florida, on this 30th day of June, 2000.

LURANA S. SNOW
U.S. MAGISTRATE JUDGE

Copies to:
J. David Bogenschutz, Esq.
Theresa Van Vliet, Assistant U.S. Attorney
Pretrial Services
Robert Ullman