UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6084-CR-ROETTGER

UNITED STATES OF AMERICA

vs

ROBERT ULLMAN                                          NOTICE

_____/

TAKE NOTICE That a proceeding in this case has been set for THURSDAY JULY 27, 2000 at 10:30 A.M. at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

TYPE OF PROCEEDING:

    SENTENCING

CLARENCE MADDOX, CLERK

DATED: 7/07/00

BY: *P. Hart*

Deputy Clerk