UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:    00-6084-CR-ROETTGER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT ULLMAN,

    Defendant.
_____/

### RULE 32(c) SUBMISSION

    COMES NOW the Defendant, ROBERT ULLMAN, by and through his undersigned counsel, and pursuant to Federal Rule of Criminal Procedure 32(c), files this, his Objections to the Presentence Investigation dated June 22, 2000, and would aver as follows:

    1.    As to paragraph 8, the Defendant denies that he ever received any "profit" for the sale of cocaine from Vernon Howard; in this paragraph;

    2.    As to paragraph 10, the Defendant does not know "Mike Green" or "Andrew Webb". In addition, the allegation that Howard "later purchased two additional kilograms of cocaine" is unknown to the Defendant;

    3.    As to paragraphs 12 and 13, the Defendant denies that he knew anything about where or when Howard got heroin. The Defendant suggests that he believed it was cocaine, and that was why he utilized it, "snorting" it;

    4.    As to paragraph 14, the Defendant denies that he told Howard that he lost money in the stock market nor did he mention his wife;

    5.    As to paragraph 22, the Defendant admits that he did give money to Howard one time but denies that his involvement with Howard was as significant as Howard has portrayed it. It should be remembered, at this time, that the Defendant was seriously



LAW OFFICES OF BOGENSCHUTZ & DUTKO, P.A

COLONIAL BANK BUILDING • 600 SOUTH ANDREWS AVENUE, SUITE 500 • FORT LAUDERDALE, FLORIDA 33301 • (954) 764-2500 • FAX (954) 764-5040

dependent on, if not addicted to, prescription medication and he permitted that addiction to take control of his life. The moronic actions of this Defendant in dealing with a second addictive substance, cocaine, was a direct outgrowth of his other addictions;

6.    As to paragraph 65, although the Defendant has assets that appear, jointly, in the Presentence Investigation, a recent divorce and his agreements therein permits his wife, Robin, to receive all of the equity from the sale of the house. He also has prepaid his child support in the amount of $235,000.00, for which his wife received a cashier's check, for his three children. He still currently owes his mother $100,000.00 which he borrowed to purchase a previous house. He has approximately $140,000.00 in savings, $100,000.00 of which is owed to his mother. On information and belief, he will owe COPAC approximately $17,500.00 and still owes attorney's fees for his divorce in the amount of $8,500.00. In addition, he will not be practicing law for five (5) years and has been volunteering in a law office in Fort Lauderdale, therefore, his net income is currently zero (-0-). It is the considered opinion of all of the participants in this case, the Government, counsel for the Defendant, the Defendant, and Florida Lawyer's Assistance (FLA) that he must enter the COPAC drug program in Brandon, Mississippi, as soon as possible. To that effect he has received permission from Chief U.S. Magistrate Judge Lurana Snow to enter that program for a period of at least ninety (90) days on or about July 12, 2000. Whether his income making ability is impaired is, by all accounts, secondary to his personal recovery;

7.    As to paragraph 82, et seq., and especially paragraph 98, it is objected to as it is not clear that this Defendant has the ability to pay a fine, especially in light of his limited ability for employment for the next five (5) years, and the current status of his assets.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished this _11th_ day of July, 2000, to Theresa M.B. Van Vliet, Assistant United States Attorney,

LAW OFFICES OF BOGENSCHUTZ & DUTKO, P A

COLONIAL BANK BUILDING • 600 SOUTH ANDREWS AVENUE, SUITE 500 • FORT LAUDERDALE, FLORIDA 33301 • (954) 764-2500 • FAX (954) 764-5040

United States Attorney's Office, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, Florida,

33301, and to Kathryn Gomez, U.S. Probation Officer, 299 E. Broward Boulevard, Room

409, Fort Lauderdale, Florida, 33301.

Respectfully submitted,

BOGENSCHUTZ & DUTKO, P.A.
Attorneys for Defendants
Colonial Bank Building, Suite 500
600 S. Andrews Avenue
Fort Lauderdale, FL  33301
(954) 764-2500

BY:_____
    J. DAVID BOGENSCHUTZ
    Florida Bar No. 131174

3

LAW OFFICES OF BOGENSCHUTZ & DUTKO, P.A

COLONIAL BANK BUILDING • 600 SOUTH ANDREWS AVENUE, SUITE 500 • FORT LAUDERDALE, FLORIDA 33301 • (954) 764-2500 • FAX (954) 764-5040