UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   00-6084-CR-ROETTGER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT ULLMAN,

    Defendant.

_____/

## AGREED MOTION FOR CONTINUANCE OF SENTENCING

COMES NOW the Defendant, ROBERT ULLMAN, by and through his undersigned counsel, and files this, his Motion for Continuance of Sentencing, and in support thereof would:

1.    That on June 22, 2000, the Defendant filed his Motion to Alter Standard Conditions of Bond requesting that he be permitted to attend COPAC, a residential substance abuse treatment center in Brandon, Mississippi, for a rehabilitation period of approximately ninety (90) days;

2.    That on June 30, 2000, U.S. Magistrate Judge Lurana S. Snow entered an Order on Motion to Alter Standard Conditions of Bond permitting the Defendant to leave the District to attend COPAC (see attached);

3.    That the Defendant has since traveled to Brandon, Mississippi, and entered the treatment program;

4.    That it would be extremely disruptive, as well as counter-productive to the progress of the Defendant in the treatment program, to require the Defendant to leave the treatment program and return to South Florida for Sentencing at this time;



## 10(g) CERTIFICATE

Assistant U.S. Attorney Theresa Van Vliet has indicated that she has no objection to the the granting of this motion, and that in fact, she concurs with the rationale of allowing the Defendant to complete the treatment program without disruption.

WHEREFORE, the Defendant, ROBERT ULLMAN, and the Assistant U.S. Attorney, Theresa Van Vliet respectfully urge this Honorable Court to grant the Defendant's Motion for Continuance of Sentencing and to reset this Sentencing for some time in November, if the Court's docket should allow.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished this _13th_ day of July, 2000, to Theresa Van Vliet, Assistant United States Attorney, United States Attorney's Office, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, Florida, 33301, and to Kathryn Gomez, U.S. Probation Officer, 299 E. Broward Boulevard, Room 409, Fort Lauderdale, Florida, 33301.

Respectfully submitted,

BOGENSCHUTZ & DUTKO, P.A.
Attorneys for Defendants
Colonial Bank Building, Suite 500
600 S. Andrews Avenue
Fort Lauderdale, FL 33301
(954) 764-2500

BY: _____
J. DAVID BOGENSCHUTZ
Florida Bar No. 131174

2

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6084-CR-Roettger

UNITED STATES OF AMERICA,

   Plaintiff,

v.

ROBERT ULLMAN,

   Defendant.
_____/

FILED by _____ D.C.
JUN 3 0 2000
CLARENCE MADDOX
CLERK U.S. DIST.
S.D. OF FLA. FT. LAUD.

### ORDER ON MOTION TO ALTER STANDARD CONDITIONS OF BOND

THIS CAUSE having come on to be heard on the Motion of the Defendant to alter standard conditions of bond and the Court being fully advised in the premises, and noting the acquiescence of the Government, it is, therefore

ORDERED AND ADJUDGED that the Defendant's Motion be, and the same is hereby GRANTED and the Defendant is permitted to travel to Brandon, Mississippi, to attend and complete the COPAC residential substance abuse treatment program. This Order permits the Defendant to attend and reside at that program for a period of ninety (90) days from the date that the Defendant leaves the District. Should the program require more than ninety (90) days, the Defendant must repetition this Court accordingly. In addition, the Defendant may return to the Southern District of Florida for family emergencies only. All other travel will only be permitted by separate motion and order before this Court.

DONE AND ORDERED, at Fort Lauderdale, in the Southern District of Florida, on this 30th day of June, 2000.

_____
LURANA S. SNOW
U.S. MAGISTRATE JUDGE

Copies to:
J. David Bogenschutz, Esq.
Theresa Van Vliet, Assistant U.S. Attorney
Pretrial Services
Robert Ullman