UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6084-CR-ROETTGER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT ULLMAN,

    Defendant.
_____/

### ORDER ON AGREED MOTION FOR CONTINUANCE OF SENTENCING

THIS CAUSE having come on before this Honorable Court on the Defendant's Agreed Motion for Continuance of Sentencing, and the Court being fully advised in the premises, it is

ORDERED AND ADJUDGED that the Defendant's Motion be, and the same is hereby _granted_;

IT IS FURTHER ORDERED AND ADJUDGED that the Defendant shall now be set for Sentencing on _Monday, Sep 18th, 2000 at 10:30 A.M._

DONE AND ORDERED, at Fort Lauderdale, Florida, on this _27_ day of _July_, 2000.

NORMAN C. ROETTGER
U.S. DISTRICT JUDGE

Copies to:

J. David Bogenschutz, Esq.
Theresa Van Vliet, Assistant U.S. Attorney
Kathryn Gomez, U.S. Probation Officer