UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:  00-6084-CR-ROETTGER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT ULLMAN,

    Defendant.
_____/

## AGREED MOTION FOR CONTINUANCE OF SENTENCING

COMES NOW the Defendant, ROBERT ULLMAN, by and through his undersigned counsel, and files this, his Motion for Continuance of Sentencing, and in support thereof would:

1. That the Defendant is currently set for Sentencing on Monday, September 18, 2000, at 10:30 a.m.;

2. That on June 22, 2000, the Defendant filed his Motion to Alter Standard Conditions of Bond requesting that he be permitted to attend COPAC, a residential substance abuse treatment center in Brandon, Mississippi, for a rehabilitation period of approximately ninety (90) days;

3. That on June 30, 2000, U.S. Magistrate Judge Lurana S. Snow entered an Order on Motion to Alter Standard Conditions of Bond permitting the Defendant to leave the District to attend COPAC (see attached);

4. That the Defendant has since traveled to Brandon, Mississippi, and entered the treatment program;

5. That at present the Defendant is still in the treatment program. The doctor who was instrumental in securing the Defendant's placement into the COPAC program, Dr. Ryan, has indicated that if the Defendant follows his recommendation for long-term



treatment, he will still be present in the treatment program as of September 18, 2000, and thus, would not be in a position to be present in Court on that date;

6. That it would be extremely disruptive, as well as counter-productive to the progress of the Defendant in the treatment program, to require the Defendant to leave the treatment program and return to South Florida for Sentencing at this time;

### 10(g) CERTIFICATE

Assistant U.S. Attorney Theresa Van Vliet has indicated that she has no objection to the the granting of this motion, and that in fact, she concurs with the rationale of allowing the Defendant to complete the treatment program without disruption.

WHEREFORE, the Defendant, ROBERT ULLMAN, and the Assistant U.S. Attorney, Theresa Van Vliet respectfully urge this Honorable Court to grant the Defendant's Motion for Continuance of Sentencing and to reset this Sentencing for some time in November, if the Court's docket should allow.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished this **31st** day of **August**, 2000, to Theresa Van Vliet, Assistant United States Attorney, United States Attorney's Office, 500 E. Broward Blvd., 7th Floor, Fort Lauderdale, Florida, 33301, and to Kathryn Gomez, U.S. Probation Officer, 299 E. Broward Boulevard, Room 409, Fort Lauderdale, Florida, 33301.

> Respectfully submitted,
>
> BOGENSCHUTZ & DUTKO, P.A.
> Attorneys for Defendants
> Colonial Bank Building, Suite 500
> 600 S. Andrews Avenue
> Fort Lauderdale, FL 33301
> (954) 764-2500
>
> BY: _____
> J. DAVID BOGENSCHUTZ
> Florida Bar No. 131174

2