**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

UNITED STATES OF AMERICA,

    Plaintiff,

Case No.:00-6084-CR-ROETTGER

v.

**ORDER**

ROBERT ULLMAN,

    Defendant._____/

**THIS CAUSE** is before the Court on motion by Defendant to continue sentencing presently set for Monday, September 18, 2000. Upon consideration of the motion and the record in this cause, it is

    **ORDERED AND ADJUDGED** that the motion by Defendant to continue sentencing is hereby **GRANTED**. Sentencing will be re-noticed.

    **DONE AND ORDERED** this _6_ day of _Sept_, 2000.

    _____
    NORMAN C. ROETTGER
    UNITED STATES DISTRICT COURT JUDGE

cc: counsel of record