**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 00-6084-CR-ROETTGER**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| **ROBERT ULLMAN** ) | |
| ) | |
| ) | |
| Defendant. ) | |
| _____) | |

NOTICE OF RE-ASSIGNMENT

The United States of America, through the undersigned Assistant United States Attorney, respectfully notifies the Court of assignment of the above-captioned case to the undersigned Assistant United States Attorney.

Respectfully submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

By: /s/ Kathleen Rice

KATHLEEN RICE
ASSISTANT UNITED STATES ATTORNEY
Florida Bar Number 100765
500 East Broward Blvd
Ft. Lauderdale, Florida  33394



**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing was served by mail on October 5, 2000, upon: Scott W. Sakin, Esquire, 1411 N.W. North River Drive, Miami, Florida 33125.

                                            KATHLEEN RICE
                                            ASSISTANT UNITED STATES ATTORNEY
                                            Florida Bar Number 100765
                                            500 East Broward Blvd
                                            Ft. Lauderdale, Florida  33394
                                            Telephone Number: (954) 356-7255, Ext 3512
                                            Fax Number: (954) 356-7336
                                            Email Address: kathleen.rice@justice.usdoj.gov