**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

**CASE NO.: 00-6084-CR-ROETTGER**

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT ULLMAN,

    Defendant,
_____/

### SUPPLEMENT TO MOTION FOR DOWNWARD DEPARTURE

COMES NOW the Defendant, ROBERT ULLMAN, by and through his undersigned counsel, and herein supplements his previously filed Motion for Downward Departure with the following:

1.    Letter from Barry Belue, B.S, CADA, Senior Counselor at COPAC;

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the forgoing was furnished to Theresa Van Vliet, Assistant United States Attorney, 500 East Broward Boulevard, 7th Floor, Fort Lauderdale, FL 33394 and to Kathryn Gomez, U.S. Probation, 299 East Broward Boulevard, Room 409, Fort Lauderdale, FL 33301-1168 on this \_19th\_ day of October, 2000.

        Respectfully submitted,
        BOGENSCHUTZ & DUTKO, P.A.
        Colonial Bank Building, Suite 500
        600 South Andrews Avenue
        Fort Lauderdale, FL 33301
        Telephone: (954) 764-2500

        BY: _/s/ J. David Bogenschutz_
        J. DAVID BOGENSCHUTZ
        FL BAR #131174



Copac, Inc.
3949 HWY. 43 North
Brandon, MS. 39047

Carol Sirotto


Dear Carol Sirotto,

Robert Ullman entered Copac on 7-12-2000 and he was willing to follow all Copac rules and guidelines since arriving. Robert did well on his written assignments and appears willing to continue working on his recovery after leaving Copac. Robert will continue to be monitored by the Florida Lawyers Assistance Program and Dr. Bill Ryan. They will have some guidelines that will be a safety net and offer the best chance for Robert to remain chemical free. Robert took his treatment very sincere and appears to want to return and be a productive citizen. Robert is being discharged with staff approval on October 4th, 2000. If I can be of anymore assistance don't hesitate to contact me at (601)-829-2500.

Sincerely yours,

*Barry Belue*

Barry Belue B.S., CADC
Senior Counselor
Copac, Inc.

*"In Discipline and Honesty there is Freedom"*

Inpatient
601-829-2500
1-800-446-9727

3949 Highway 43 North
Brandon, MS 39047

Outpatient
601-936-0220
1-800-824-8292