**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

00 OCT 30 PM 2: 24

CASE NO.: 00-6084-CR-ROETTGER
U.S. MAGISTRATE JUDGE: SNOW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT ULLMAN,

    Defendant,
_____/

## MOTION FOR PERMISSION FOR CHANGE OF RESIDENCE

COMES NOW the Defendant, ROBERT ULLMAN, by and through his undersigned counsel, and respectfully moves this Honorable Court for permission to change his previous residence to 4970 East Sable Palm Boulevard, Unit #105, Tamarac, Florida and would show for cause as follows:

1. That the Defendant has moved out of his marital home which now is occupied by his wife and children as a result of domestic difficulties and a pending divorce action;

2. That he had spent the last nearly four months at COPAC residential treatment center in Brandon, Mississippi;

3. On his return to the Southern District of Florida, he will be staying at the home of his mother at 4970 East Sable Palm Boulevard, Unit #105, Tamarac, Florida, or, an address different from that which he had originally noticed to Pretrial Services at the time of his initial and plea appearances;

4. That he has further notified his Pretrial Services Officer, Carol Sirotto of this change in residence as he has no where else to live at this time until the Court sets sentencing;

5. Other grounds to be argued ore tenus.

WHEREFORE, the Defendant, ROBERT ULLMAN, respectfully urges this Honorable Court to grant him permission to live at the address of his mother until the proceedings herein are completed, or until further order of Court.

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a copy of the forgoing was furnished to Kathleen Rice, Assistant United States Attorney, 500 East Broward Boulevard, 7th Floor, Fort Lauderdale, FL 33394 and to Kathryn Gomez, U.S. Probation, 299 East Broward Boulevard, Room 409, Fort Lauderdale, FL 33301-1168 on this 27th day of October, 2000.

Respectfully submitted,
BOGENSCHUTZ & DUTKO, P.A.
Colonial Bank Building, Suite 500
600 South Andrews Avenue
Fort Lauderdale, FL 33301
Telephone: (954) 764-2500

BY: _____
J. DAVID BOGENSCHUTZ
FL BAR #131174