DEC ~ ~ 2000
S.D. OF FLA. FT. LAUD.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 00-6084-CR-ROETTGER

UNITED STATES OF AMERICA

v

ROBERT ULLMAN

NOTICE

_____/

TAKE NOTICE That a proceeding in this case has been set for FRIDAY JANUARY 5, 2001 at 10:30 A.M. at the U.S. District Courthouse, 299 East Broward Blvd. Courtroom 205-B, Ft. Lauderdale, Florida.

TYPE OF PROCEEDING:

SENTENCING

CLARENCE MADDOX, CLERK

DATED: 12/12/00

BY: P. Hart

Deputy Clerk