HONORABLE NORMAN C. ROETTGER
United States District Court
Southern District of Florida

## COURT MINUTES

Case No.: 00-6084-CR-NCR  Date: 1/5/01
Courtroom Clerk: F. Nair  Court Reporter: Reinier
Probation Officer: [illegible]  Interpreter: _____

Plaintiff(s): USA  Counsel: Bloom

Defendant(s): F. Ullman (B) Counsel: L. Boynschutz

Reason For Hearing: Sentencing

Result of Hearing/Judgment: Mot. downward dep.
granted. 4 yrs prob., fined $10,000,
1st. in CCC for 180 days, under the
direction of prob. officer. Bond cont'd.
1st. in mental health + substance
abuse program. Full time employ.
Misc.: financial doc. 1 [illegible] for
self-employment. Assessed $50.