AO 245B (Rev. 8/96) Sheet 1 - Judgment in a Criminal Case

FILED by _____ D.C.

# United States District Court

## Southern District of Florida

JAN 1 0 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

UNITED STATES OF AMERICA
v.
**ROBERT ULLMAN**

**JUDGMENT IN A CRIMINAL CASE**
(For Offenses Committed On or After November 1, 1987)

Case Number:  **0:00CR06084-001**

A.U.S.A.- Van Vliet / David Bogenshutz, Esq.
Defendant's Attorney

**THE DEFENDANT:**

☒ pleaded guilty to count(s)  **1**

☐ pleaded nolo contendere to count(s) _____ which was accepted by the court.

☐ was found guilty on count(s) _____ after a plea of not guilty.

| Title & Section | Nature of Offense | Date Offense Concluded | Count Number(s) |
|---|---|---|---|
| 21 U.S.C. § 843 (b) | Using a telephone in the commission of and to facilitate acts constituting a drug crime | 04/03/2000 | 1 |

Certified to be a
correct copy of the document
Clarence Maddox, Clerk,
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date _____

The defendant is sentenced as provided in pages 2 through __5__ of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ (is)(are) dismissed on the motion of the United States.

IT IS FURTHER ORDERED that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No.: 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
Defendant's Date of Birth: 04/18/1954
Defendant's USM No.: 55257-004
Defendant's Residence Address:
1329 San Tropez Circle #504

Weston     FL     33326

Defendant's Mailing Address:
1329 San Tropez Circle #504

Weston     FL     33326

01/05/2001
Date of Imposition of Judgment

Signature of Judicial Officer

**NORMAN C. ROETTGER**
**U.S. DISTRICT COURT JUDGE**
Name & Title of Judicial Officer

5 Jan 2001
Date



No further action required by
the U.S. Marshals Service.

James A. Tassone
UNITED STATES MARSHAL

Ed Pinches, SDUSM