PROB 12A
(SD/FL 9/96)

SD/FL PACTS No. 63391

# UNITED STATES DISTRICT COURT

for

## SOUTHERN DISTRICT OF FLORIDA

### Report on Offender Under Supervision

Name of Offender: Robert Ullman     Case Number: 00CR06084-001

Name of Sentencing Judicial Officer: Honorable Norman C. Roettger, U.S. District Judge, Fort Lauderdale, Florida

Date of Original Sentence: January 5, 2001

Original Offense: Using a Telephone in the Commission of and to Facilitate Acts Constituting a Drug Crime, 21 U.S.C. §843(b), a Class "E" Felony.

Original Sentence: Four (4) years probation, with special conditions: 180 days Community Correctional Center placement; drug and mental health treatment; provide financial disclosure; maintain full time employment and obtain approval from the probation officer before entering into self-employment.

| Type of Supervision: | Date Supervision Commenced: |
|---|---|
| Probation | January 5, 2001 |

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1. **Violation of Mandatory Condition**, by unlawfully possessing or using a controlled substance. On or about January 30, 2001, the probationer submitted a urine specimen which tested positive for the presence of opiates in our local laboratory. It should be noted that this test was not confirmed by PharmChem Laboratories, Incorporated. Mr. Ullman admitted to taking his mother's Percocet on January 24, 2001.



PROB 12A
(SD/FL 9/96)

SD/FL PACTS No. 63391

U.S. Probation Officer Action:

No action requested as Mr. Ullman's drug and mental health counseling has been increased. Mr. Ullman also commenced his 180 day Community Correctional Center placement on February 9, 2001.

Respectfully submitted,

by

Brian J. Brownstein
U.S. Probation Officer
Date: February 22, 2001

[X] Concur with action(s) taken by the U.S. Probation Officer
[ ] Submit a Request for Modifying the Conditions or Term of Supervision
[ ] Submit a Request for _ Warrant or _ Summons

Signature of Judicial Officer

10 April 2001
Date