UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Plaintiff,

vs                                        CASE NO. 00-6084-CR-NCR

ROBERT ULLMAN,

Defendant.                          SATISFACTION OF JUDGMENT

_____/


The fine in the amount of $10,000.00 and the special assessment of $50.00 having been

paid in full, the Clerk for the Southern District of Florida is hereby authorized and empowered

to cancel said judgment of record.

Respectfully Submitted,

GUY A. LEWIS
UNITED STATES ATTORNEY

Date: May 4, 2001

By: Elizabeth Ruf Stein
Assistant U.S. Attorney

This Instrument Was Prepared By:

Elizabeth Ruf Stein
99 N.E. Fourth Street
Miami, Florida 33132
Tel: (305) 961-9313
Fla. Bar No. 354945