

IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA

CASE NO.:   00-6084-CR-ROETTGER

UNITED STATES OF AMERICA

    Plaintiff,

V.

ROBERT ULLMAN,

    Defendant.

_____/

**MOTION FOR EARLY TERMINATION
OF PROBATION**

    **COMES NOW** the Defendant, **ROBERT ULLMAN**, by and through his undersigned

counsel, and respectfully moves this Honorable Court to terminate probation imposed in

this cause early and would show for grounds therefore as follows:

    1. On April 19, 2000, the Defendant pled guilty to a One Count Information charging

him with using a telephone in the commission of, and to facilitate acts constituting a drug

crime, in violation of 21 USC § 843 (b);

    2. The Defendant, further, was sentenced, on January 5, 2001, to a period of four

(4) years probation.  A special condition of probation was that the Defendant reside in a

community correctional center for a period of 180 days.  Further, the Defendant started to

participate in an approved treatment program for mental health/substance abuse as

directed by the probation officer;

    4. The Defendant furthermore, was sentenced to a special assessment of $50 and

a fine of $10,000;

    5. The Defendant, a practicing lawyer in Florida, consented to a suspension of three

years, <u>nunc pro tunc</u>, February 1, 2000, from the practice of law.  Moreover, the Defendant



further agreed to <u>extend</u> his suspension from the Florida Bar an additional <u>two</u> (2) years in order to take full advantage of the Bar's Assistance Program for impaired attorneys (Florida Lawyer's Assistance). If the Court declines to grant him relief, it is likely that he will be prohibited from applying for reinstatement until the expiration of 5 ½ years! He will be left to the vagaries of the reinstatement process for however long the Bar takes to review his application.

6.     During the period of his probation, the Defendant has maintained full confidence of the court, has paid his fine in full, has paid his special assessment, and works in an everyday fashion within the program set up for him by the Florida Bar. A recommendation letter is attached hereto from FLA (Florida Lawyers Assistance, Inc.) chronicling his adherence to all of the precepts of that Program. Moreover, the Defendant has been instrumental in assistance to several other lawyers who have had similar abuse and impairment problems, and has been, at all times, cognizant of, and adherent to, all of the rules, regulations, and responsibilities that he has, and has adopted, as an impaired attorney within his probationary status. In addition the Defendant has voluntarily enrolled in COPAC (Jackson Medical Center) a 90-day residential treatment program in Mississippi, and he has been attending Dr. Ryan's Group Session (1 x per week) since January 9, 2000.

7.     The Defendant has begun a business of his own and is currently part owner of the Kendall Ale House, a  restaurant located at 11625 SW 88 Street, Miami, Florida 33176. Since the time he was indicted in this cause, he voluntarily ceased the practice of law (which is why the <u>nunc pro tunc</u> recognition of the Florida Bar) and has directed his

2

energies to become a tax paying citizen in another endeavor. However, he is trained and experienced in the practice of law, and this has been his avocation and vocation since college. He seeks to be reinstated, but the same cannot occur until his probation is lifted in this cause.

8.      Counsel's office has spoken to the probation officer in this cause, Paul Donovan (954-769-5574) who has indicated that he will advise the court of his position, however, it is not expected that he will oppose early termination in this cause due to the facts and circumstances herein.

**WHEREFORE**, the Defendant respectfully moves this Honorable Court to order the early termination of his probation for the reasons set forth herein.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a copy of the foregoing was furnished, by US Mail, this 5th of June, 2003, to the US Attorney's Office, 500 E. Broward Blvd., Suite 700, Fort Lauderdale, FL 33394 and Paul Donavan, Probation Officer for Defendant, 6100 Hollywood Blvd., Ste 501, Hollywood, FL, 33024.

Respectfully submitted,

BOGENSCHUTZ & DUTKO, P.A.
Attorneys for Defendant
600 South Andrews Avenue, Ste 500
Fort Lauderdale, Florida 33301
(954) 764-2500

BY: _____
J. DAVID BOGENSCHUTZ
Florida Bar No. 131174

3