UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6084-CR-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERT ULLMAN,

    Defendant.
_____/

**O R D E R**



    **THIS CAUSE** came before the Court upon the Defendant's Motion for Early Termination of Probation. The Court having reviewed the issues at hand and being otherwise fully advised in the premises, it is hereby

    **ORDERED AND ADJUDGED** that the Government shall respond to the motion within ten (10) days. The party must respond timely as set forth above.

    **DONE AND ORDERED** at Miami, Florida, this ____ day of July, 2003.

                                        _____
                                        DONALD L. GRAHAM
                                        UNITED STATES DISTRICT JUDGE

Copied: David Bogenschutz, Esq.
        Kathleen Rice, AUSA - Fort Lauderdale
        Paul Donovan, USPO

