ERR/vjb

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6084-CR-GRAHAM



UNITED STATES OF AMERICA, )
)
    Plaintiff, )
)
v. )
)
ROBERT ULLMAN, )
)
    Defendant. )
)
_____/

### GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION

The United States of America, by and through its undersigned Assistant United States Attorney, hereby responds to defendant Ullman's Motion for Early Termination of Probation. The United States objects to and opposes defendant's Motion for the following reasons:

1. Defendant, a lawyer, pled guilty to an offense in which he aided drug traffickers which is extremely serious and shows that defendant acted in a manner completely inconsistent with the principles of a member of the bar.

2. Defendant also apparently has a substance abuse problem which weighs in favor of continued supervision by the Court.



3. Defendant, despite his substance abuse problem, made the inexplicable decision to become part owner of a bar. It is common sense that someone who had to take advantage of the Florida Bar's assistance program for those with dependency problems should not become the part owner of a bar. Defendant's career choice weighs further in favor of continued supervision.

4. Defendant identifies no reason for wanting to terminate his probation other than because it is "likely" that he will be prohibited from applying for reinstatement to the bar before defendant desires. Such a consequence is the natural result of committing federal crimes and is not and should not be a reason for termination of a sentence to which defendant agreed.

For these reasons, the United States opposes defendant's motion.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By:_____
EDWARD R. RYAN
Assistant United States Attorney
500 East Broward Blvd., Suite 700
Ft. Lauderdale, FL 33394
(954) 356-7336 - fax
(954) 356-7255, ext. 3514
Court No. A500053

2

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing was transmitted this 17 day of July, 2003 to:   J. David Bogenschutz, Bogenschutz & Dutko, P.A., 600 South Andrews Avenue, Suite 500, Fort Lauderdale, FL 33301

_____
EDWARD R. RYAN
ASSISTANT UNITED STATES ATTORNEY