UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO.: 00-6084-CR-GRAHAM/GARBER

UNITED STATES OF AMERICA,

    Plaintiff,

v.

ROBERT ULLMAN,

    Defendant.
_____/



### DEFENDANT'S REPLY TO GOVERNMENT'S RESPONSE TO DEFENDANT'S MOTION FOR EARLY TERMINATION OF PROBATION

COMES NOW the Defendant, ROBERT ULLMAN, by and through his undersigned counsel, and hereby replies to the Government's response as follows:

1. That the Defendant's plea of guilty in this cause to an Information, related to his <u>own</u> substance abuse - that is, he did <u>not</u> plead guilty to an offense wherein he admitted "aiding" a drug trafficker, but merely that he had purchased, or had transmitted to him, a personal use amount of heroin (which he believed was cocaine), in an amount less than 25 grams, and in so doing utilized a telecommunications device; believing it to be cocaine, he ingested it and overdosed;

2. That the Defendant most assuredly had a substance abuse problem and voluntarily sought legitimate help for that problem through Florida Lawyer's Assistance (FLA). He continues to this date to remain "clean and sober;"

3. That the Defendant's election to invest in a <u>restaurant</u>/bar - "The Kendall Ale House," does not mean, nor is it indicative of any fact that the Defendant has either relapsed, or even performs any "hands-on" service at the site of that establishment. Because of his inability to practice law, the profits from this restaurant/bar support him and





his dependents. Not only has the Defendant been substance and alcohol free since this incident first began, it is his hope and desire to remain so, and he has taken responsible and mature steps to ensure, as best he can, that the demon that drove his career into near-destruction, is appropriately harnessed and respected for the rest of his life.

4. Other grounds to be argued <u>ore</u> <u>tenus</u>, if necessary.

WHEREFORE, the Defendant, ROBERT ULLMAN, respectfully urges this Honorable Court to grant his Motion for Early Termination of Probation.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished this **30th** day of July, 2003, to Edward R. Ryan, Assistant United States Attorney, United States Attorney's Office, 500 E. Broward Blvd., Suite 700, Fort Lauderdale, Florida, 33301, and to Paul Donovan, U.S. Probation, 6100 Hollywood Boulevard, Suite 501, Hollywood, Florida, 33024.

Respectfully submitted,

BOGENSCHUTZ & DUTKO, P.A.
Attorneys for Defendants
600 S. Andrews Avenue, Suite 500
Fort Lauderdale, FL 33301
(954) 764-2500

BY: _____
J. DAVID BOGENSCHUTZ
Florida Bar No. 131174

2