UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6084-CR-GRAHAM

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

ROBERT ULLMAN,

    Defendant.
_____/

## ORDER OF REFERENCE

**THIS CAUSE** came before the Court upon Defendant's Motion for Early Termination of Probation, filed June 9, 2003.

**PURSUANT** to 28 U.S.C. § 636 and the Magistrate Rules of the Local Rules of the Southern District of Florida, the instant petition is hereby referred to United States Magistrate Judge **Barry L. Garber** for a Report & Recommendation.

**DONE AND ORDERED** at Miami, Florida, this 1st day of August, 2003.

                DONALD L. GRAHAM
                UNITED STATES DISTRICT JUDGE

Copied: U.S. Magistrate Judge Garber
       Kathleen Rice, AUSA (Ft. Lauderdale)
       J. David Bogenschutz, Esq.
       Paul Donovan, USPO

