UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6084-CR-Graham/Garber

UNITED STATES OF AMERICA

v.

ROBERT ULLMAN,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court by Order of Reference from U.S. District Judge Donald L. Graham. Pursuant to such reference the Court has received the defendant Ullman's Motion for Early Termination of Probation and the government's response in opposition. Upon due consideration of same, it is hereby

ORDERED that a hearing shall be held on said motion on Thursday, the 14th day of August, 2003 at 3:30 P.M. in Courtroom VII, United States Courthouse, 300 N.E. 1st Avenue, Miami, Florida 33132.

DONE AND ORDERED in Chambers at Miami, Florida this 4th day of August, 2003.

                                                        BARRY L. GARBER
                                                        UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Graham
J. David Bogenschutz, Esq.
  600 South Andrews Avenue, Suite 500
  Fort Lauderdale, FL 33301

Edward R. Ryan, Assistant United States Attorney
FAX (954) 356-7336