CRIMINAL MINUTES/CALENDAR
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
COURTROOM VII          3:30 PM

MAGISTRATE JUDGE BARRY L. GARBER

FILED BY 2003 AUG 14 PM 4:51 CLARENCE MADDOX CLERK U.S. DIST. CT. S.D. OF FL. - MIAMI

Case No. 00-6084-CIV-GRAHAM    Date 8/14/03    END: 4:00 pm

Clerk NANCY J. FLOOD    Tape No. 03C- 45-1

ECR Clerk/Court Reporter N/A

USPO Paul Donovan    Interpreter N/A

**UNITED STATES OF AMERICA v.** ROBERT ULLMAN (J) 55257-004
On Bond (Probation)
~~Larry Barfield Jr.~~
AUSA Edward Ryan    Defense Counsel J. David Bogenschutz Esq.

Defendant(s): Present ✓   Not Present ____   In Custody ____

Reason for Hearing: MOTION FOR EARLY TERMINATION OF PROBATION

Result of Hearing: Arg held - O/A heard. Mr. Robert Ullman Esq. (deft) sworn in + testified. Direct Exam - Dr. Ryan PhD - sworn in + testified. Direct Exam. Paul Donovan USPO sworn in + testified. Direct Exam by Judge Garber. Court orders m/ Term prob. be granted - order to follow.

Case Continued to: ____   Time ____   For ____

Misc.: AUG 1 ...
       ...d in MIA Div...