AO 187 (Rev. 4/82)

## EXHIBIT AND WITNESS LIST

| | | | | |
|---|---|---|---|---|
| United States | vs. | Robert Ullman | DISTRICT COURT | S/D Fl Miami |
| PLAINTIFF'S ATTORNEY: Larry Barfield Esq. for Edward Ryan | DEFENDANT'S ATTORNEY: David Bogenschutz Esq. | | DOCKET NUMBER: 00-6084-Cr-Graham | TRIAL DATE(S): N/A |
| PRESIDING JUDGE: Magistrate Barry L. Garber | COURT REPORTER: N/A | | COURTROOM DEPUTY: Nancy Flood | |

| PLF. NO. | DEF. NO. | DATE OFFERED | Marked | Admitted | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | ✓ | 8/14/03 | | | Robert Ullman Esq. sworn in & testified. Direct Exam. |
| | | 8/14/03 | | | Dr. Ryan PhD sworn in & testified. Direct Exam. |
| | | 8/14/03 | | | Court calls USPO Paul Donovan sworn in & testified. Direct Exam. |

FILED BY 2003 AUG 14 PM 4:51
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FL. - MIAMI

Rec'd in MIA Dkt 8-18-03

34

*Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of 1 Pages