UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6084-CR-Graham/Garber

UNITED STATES OF AMERICA

v.

ROBERT ULLMAN,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court by Order of Reference from U.S. District Judge Donald L. Graham for consideration of the defendant Ullman's Motion for Early Termination of Probation and the government's response in opposition. A hearing was held on said motion on August 14th, 2003. At the hearing the parties stipulated on the record for a ruling to be made on said motion by the undersigned United States Magistrate Judge and such stipulation has been accepted by U.S. District Judge Donald L. Graham.

The defendant Ullman entered a guilty plea to a charge that he used a telephone in the commission of and to facilitate acts constituting a drug offense. Upon such plea the defendant was, on January 5, 2001 sentenced to a four year term of probation with a condition that he reside in a community correctional center for a period of 180 days. He also participated in an approved treatment program for mental health/substance abuse pursuant to the direction of his probation officer. The defendant, a member of the Florida Bar, agreed to a three year suspension from the practice of law and an additional two year suspension to participate in the Florida Bar's assistance program for impaired attorneys.



The defendant has also paid the fine and special assessment imposed against him by the sentencing Court. Further, during his probation period, the defendant is fully participating in his assistance program set up for him by the Florida Bar and has assisted other attorneys with similar problems. He has also completed a 90 day residential treatment program and still participates in group therapy sessions. The defendant, as of the date of this Order, has completed two years and 8 months of his probation term. In sum, the defendant has fully complied with all conditions of probation in a meritorious manner.

The government has objected to the relief sought because the defendant "made the inexplicable decision to become part owner of a bar." The defendant testified that he has an ownership interest but does not participate in the operation of said business. He explained that the income derived from the bar has permitted him to support himself and family since he had surrendered his Florida Bar license. The Court finds that the government's objection is not well taken and does not justify a denial of the relief sought by the defendant.

The defendant's probation officer, Paul J. Donovan, has stated in a report to the Court that "the probation/supervised releasee has complied with the rules and regulations of probation/supervised release and is no longer in need of supervision." Mr. Donovan has recommended that the defendant be discharged from further supervision.

Accordingly, and upon due and careful consideration, it is hereby

ORDERED that the defendant Ullman's Motion for Early Termination of Probation is GRANTED. The defendant is hereby discharged from further supervision.

DONE AND ORDERED in Chambers at Miami, Florida this 3rd day of September, 2003.

BARRY L. GARBER
UNITED STATES MAGISTRATE JUDGE

Copies furnished to:
U.S. District Judge Graham
J. David Bogenschutz, Esq.
  600 South Andrews Avenue, Suite 500
  Fort Lauderdale, FL 33301

Edward R. Ryan, Assistant United States Attorney
FAX (954) 356-7336

Paul J. Donovan
U. S. Probation
6100 Hollywood Boulevard, Suite 501
Hollywood, FL 33024